# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JESSICA PRIM,

    Plaintiff,

v.                                                      Case No. 6:21-cv-360-RBD-EJK

ILLINOIS DCFS; FAMILY CARE
(ILLINOIS); PEORIA
COURTHOUSE; ILLINOIS STATE
POLICE; PEORIA POLICE;
ILLINOIS INSPECTOR GENERAL;
GOVERNOR PRITZER; and PEORIA
LEGISLATORS DISTRICT 17 & 19,

    Defendants.
_____/

## ORDER

Plaintiff filed the *pro se* Complaint, alleging that the State of Illinois is trafficking children. (Doc. 1.) She also moved to proceed *in forma pauperis*. (Doc. 2 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation ("R&R") on February 25, 2021, recommending that the Court dismiss the case for improper venue given the Complaint's apparent connection only to Illinois. (Doc. 5.)

The parties did not object to the R&R, and the deadline has passed. So the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 5) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Motion to Proceed *in Forma Pauperis* (Doc. 2) is **DENIED** as moot.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 17, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro se* Plaintiff Jessica Prim